**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6940**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

WILLIE HORTON,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:89-cr-00180-AJT-1)

Submitted:  October 15, 2015          Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Horton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Horton appeals the district court's order denying relief on his motion for reconsideration, Fed. R. Civ. P. 59(e), of the denial of a prior order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Horton, No. 1:89-cr-00180-AJT-1 (E.D. Va. filed June 15, 2015 & entered June 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED